**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

IN THE MATTER OF**:  GENE MAYNOR**                                   CASE NO:  **04-04380-8-RDD**
                   **SANDRA MAYNOR**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

    NAME AND LAST KNOWN ADDRESS                    AMOUNT              DATE ISSUED

    **CHESTER A. TAYLOR**                          **$11.34**          **03/05/09**
    **1358 WORSTEAD DR**
    **FAYETTEVILLE, NC 28314**

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**August 31, 2009**                              ____/s/ Trawick H. Stubbs, Jr._____
                                                 **TRAWICK H. STUBBS, JR.**
                                                 **CHAPTER 13 TRUSTEE**
                                                 **P. O. BOX 1618**
                                                 **NEW BERN, NC  28563**
                                                 **(252) 633-0074**